UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
DAVID BARSHAY,

                Plaintiff,

   -against-

SPECIFIED CREDIT ASSOCIATES 1, INC.

                Defendant.
---------------------------------------------------------X

**ORDER ADOPTING R & R**

15-CV-1044(DRH)(AYS)

**HURLEY, Senior District Judge:**

      Plaintiff commenced this action against defendant alleging violations of the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, et seq. Defendant failed to answer the complaint and Plaintiff moved for a default judgment. By Order dated September 22, 2015 the Court referred the motion to U.S. Magistrate Judge Anne Y. Shields, pursuant to 28 U.S.C. § 636(b)(3), for a report and recommendation. On June 3, 2016, Judge Shields issued a Report and Recommendation ("R&R") that motion for default judgment be granted and judgment be entered in favor of plaintiff against defendant in the total amount of $3,292.5, consisting of $500.00 in statutory damages, $496.51 in costs, and $2,296.00 in attorneys' fees. A copy of the R&R was served upon defendants on June 8, 2016. More than fourteen days have elapsed since service of the R&R and no objections have been filed.

      Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. This Court adopts the June 3, 2016 R&R of Judge Shields as if set forth herein. Accordingly,

      **IT IS HEREBY ORDERED** that the motion for default judgment be granted and

judgment be entered in favor of plaintiff David Barshay and against defendant Specified Credit Associates 1, Inc. in the amount of $3,292.51 (consisting of $500.00 in statutory damages, $496.51 in costs, and $2,296.00 in attorneys' fees).

Dated: Central Islip, N.Y.
June 28, 2016

/s/
Denis R. Hurley,
United States District Judge